IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

TRENTON ENERGY, LLC,
    Plaintiff,

v.

CIVIL ACTION NO. 2:10-cv-00699
Honorable Joseph R. Goodwin

EQT PRODUCTION COMPANY
    Defendant.

## EQT PRODUCTION COMPANY'S
## MOTION FOR SUMMARY JUDGMENT

Defendant EQT Production Company ("EQT"), by and through its counsel, Brian R. Swiger, Matthew W. Casto, Michael P. Leahey, L. Jill McIntyre, Kevin R. Waldo and Jackson Kelly PLLC, moves the Court to dismiss Trenton Energy, LLC's claims against it with prejudice on the grounds that Trenton's claims are barred by the statute of frauds, the parol evidence rule, the economic loss doctrine, and other tenets of tort and contract law, including, but not limited to, the law defining "business extortion" claims and the duty of good faith and fair dealing. With this motion, EQT submits a supporting Memorandum of Law.

                              EQT PRODUCTION COMPANY

                              By Counsel

{C2036498.1}

   /s/ L. Jill McIntyre
BRIAN R. SWIGER (WVBN 5872)
MATTHEW W. CASTO (WVBN 8174)
MICHAEL P. LEAHEY (WVBN 9934)
L. JILL McINTYRE (WVBN 8837)
KEVIN R. WALDO (WVBN 10500)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301
304-340-1000
brswiger@jacksonkelly.com
mcasto@jacksonkelly.com
mpleahey@jacksonkelly.com
jmcintyre@jacksonkelly.com
krwaldo@jacksonkelly.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**TRENTON ENERGY, LLC,**
      Plaintiff,

v.

**CIVIL ACTION NO. 2:10-cv-00699**
Honorable Joseph R. Goodwin
Mary E. Stanley, Magistrate Judge

**EQT PRODUCTION COMPANY**
      Defendant.

## CERTIFICATE OF SERVICE

I, L. Jill McIntyre, counsel for EQT Production Company, do hereby certify that I electronically filed the foregoing MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants this 26th day of April, 2011:

> Michael W. Carey **(WVSB # 635)**
> S. Benjamin Bryant **(WVSB #520)**
> David R. Pogue **(WVSB #10806)**
> Carey, Scott, Douglas & Kessler, PLLC
> 901 Chase Tower
> 707 Virginia Street, East
> Post Office Box 913
> Charleston, West Virginia 25323
> (304) 345-1234
> *Counsel for Plaintiff*

                                            /s/ L. Jill McIntyre
                                       L. JILL McINTYRE (WVBN 8837)

{C2036498.1}